NICHOLAS CARAMBAS, APPELLANT, v. ARMIN BERIGDA, INCORPORATED, RESPONDENT.

Argued October 19, 1927—Decided February 6, 1928.

For the appellant, *McCarter & English.*

For the respondent, *Kalisch & Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.